**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNEAPOLIS**

Troy K. Scheffler,                                              Civil No. 18-415 (DWF/LIB)

           Plaintiff,

v.                                                              **ORDER ADOPTING REPORT**
                                                               **AND RECOMMENDATION**

Alltran Financial, LP,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated August 13, 2018. (Doc. No. 29.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's August 13, 2018 Report and Recommendation (Doc. No. [29]) is **ADOPTED**.

2. Defendant Alltran Financial, LP's Motion to Dismiss (Doc. No. [9]) is **GRANTED**.

3. Plaintiff Troy K. Scheffler's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 29, 2018         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge